IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LARRY D. COLLINS                                                                PLAINTIFF

vs.                               Civil No. 1:07-cv-01102

MICHAEL J. ASTRUE                                                               DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 20th day of August 2008, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE